UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE:                                              BCN#: 07-11516\RGM
MICHELLE NAOMI CAMPBELL-THOMAS            Chapter: 13
Debtor(s)

OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GSAA HOME EQUITY TRUST 2006-S1, MORTGAGE PASS TROUGH CERTIFICATES, SERIES 2006-S1
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GSAA HOME EQUITY TRUST 2006-S1, MORTGAGE PASS TROUGH CERTIFICATES, SERIES 2006-S1, and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the confirmation of the Chapter 13 Plan proposed by Debtor:

1.       This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 43118 ROCKY RIDGE COURT, Leesburg, VA 20176; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

2.       The debtor is due for 9 pre-petition monthly payments in the amount of $2,404.62 per month, the late charges in the amount of $480.92 and property preservation expenses in the amount of $674.34. No payments have been received since this bankruptcy petition was filed June 14, 2007.

3.       The proposed Plan does not set forth a reasonable schedule and time period for the payment of arrearages on the deed of trust.

4.       The proposed Chapter 13 plan does not provide this objecting secured creditor with adequate protection or adequate security, according to Sections 362 and 1325(a) of the Code.

5.       As indicated by the debtor's payment history and schedules, the Plan is not feasible.

6.       The Plan does not propose to pay the secured creditor's entire claim as shown in its proof of claim in the amount of $22,946.84.

Trenita Jackson-Stewart, VSB# 48412
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8822  07-105323V

## CONCLUSION

Any Chapter 13 Plan proposed by Debtors must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.
2. For attorney's fees and costs incurred herein.
3. That a hearing be held **August 1, 2007, at 10:30 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA** on this objection.
4. For such other relief as this Court deems proper.

Dated: 7-5-07

Respectfully submitted
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GSAA HOME EQUITY TRUST 2006-S1, MORTGAGE PASS TROUGH CERTIFICATES, SERIES 2006-S1
By Counsel:

Trenita Jackson-Stewart, VSB# 48412
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8822

I certify that I have electronically transmitted and/or mailed true copies of the above Objections to the Chapter 13 Plan, by First Class Mail, postage prepaid on this 5th day of July, 2007 to the following:

NATHAN A FISHER, ESQUIRE
3977 CHAIN BRIDGE ROAD
#2
FAIRFAX, VA 22030

GERALD O'DONNELL
211 NORTH UNION STREET
SUITE 240
ALEXANDRIA, VA 22314

MICHELLE N. CAMPBELL-THOMAS
43118 ROCKY RIDGE COURT
Leesburg, VA 20176

TRENITA JACKSON STEWART, Esq.

07-105323V