## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>MICHELLE NAOMI CAMPBELL-THOMAS<br><br>Debtor | Chapter 13<br><br>Case No. 07-11516-RGM |

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that the undersigned Chapter 13 Trustee will conduct a hearing on the Modified Chapter 13 Plan filed on August 27, 2007, and requires the attendance of Debtor and Debtor's counsel at the following time and place.

Date:   September 18, 2007

Time:   2:30 PM

Place:  115 South Union Street, Suite 206
        Alexandria, VA  22314

_September 11, 2007 _____                     _/s/ Gerald M. O'Donnell___
Dated                                            Gerald M. O'Donnell

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of September, 2007 mailed a true copy of the foregoing Notice of Status Hearing to the following parties.

| | |
|---|---|
| Michelle Naomi Campbell-Thomas | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 43118 Rocky Ridge Ct. | 3977 Chain Bridge Rd., #2 |
| Leesburg, VA 20176 | Fairfax, VA 22030 |

                                        ___/s/ Gerald M. O'Donnell____
                                        Gerald M. O'Donnell