**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| MICHELLE NAOMI CAMPBELL-THOMAS | Case No. 07-11516-RGM |
| Debtor | |

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Gerald M. O'Donnell, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed August 27, 2007. The cause for this objection is as follows:

> **Violation of 11 U.S.C. 109(e)** - Secured debt exceeds the statutory limit.
>
> **Violation of the feasibility provisions of 11 U.S.C. 1325(a)(6)** - No financial support for the projected increase of $2,400.00 per month at the end of the first 12 months.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

**Notice of Objection To Confirmation**
Michelle Naomi Campbell-Thomas, Case # 07-11516-RGM

*Attend the hearing to be held on October 24, 2007 at 9:30 a.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Gerald M. O'Donnell
> 211 North Union Street, Ste, 240
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

    If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _September 25, 2007_____          ___/s/ Gerald M. O'Donnell_____
                                                                        Gerald M. O'Donnell
                                                                        Chapter 13 Trustee
                                                                        211 North Union Street, Ste. 240
                                                                        Alexandria, VA 22314
                                                                        (703) 836-2226
                                                                        VSB 7930

## CERTIFICATE OF SERVICE

I hereby certify that I have this 25th day of September, 2007, mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Michelle Naomi Campbell-Thomas | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 43118 Rocky Ridge Ct. | 3977 Chain Bridge Rd., #2 |
| Leesburg, VA 20176 | Fairfax, VA 22030 |

                                                                                    __/s/ Gerald M. O'Donnell_____
                                                                                     Gerald M. O'Donnell