# UNITED STATES BANKRUPTCY COURT

for the
Eastern District of Virginia
Alexandria Division

MICHELLE NAOMI CAMPBELL-THOMAS  
43118 ROCKY RIDGE CT.  
LEESBURG, VA 20176

Case No.: 07-11516-RGM  
SS #1: XXX-XX-7401

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 06 | 14 | 07 |
| The Plan was confirmed on | | | |
| The Case was concluded on | 12 | 03 | 07 |

Dismissed Prior To Confirmation

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 350.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| FAIRFAX COUNTY | 001 | Priority | 2,211.77 | 0.00 | 0.00 | 2,211.77 |
| INTERNAL REVENUE SERVICE | 002 | Priority | 2,342.87 | 0.00 | 0.00 | 2,342.87 |
| COUNTY OF LOUDOUN, VIRGIN | 003 | Priority | 4,292.63 | 0.00 | 0.00 | 4,292.63 |
| VIRGINIA DEPT. OF TAXATIO | 004 | Unsecured | 506.22 | 0.00 | 0.00 | 506.22 |
| VIRGINIA DEPT. OF TAXATIO | 004 | Priority | 1,061.23 | 0.00 | 0.00 | 1,061.23 |
| AMERICA'S SERVICING | 005 | Ignore | 0.00 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TR | 006 | Secured | 22,946.84 | 0.00 | 0.00 | 22,946.84 |
| ADT SECURITY SYSTEMS, INC | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COMMONWEALTH EMERGENCY | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIRECT TV | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FAIRFAX RADIOLOGICAL CONS | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LANSDOWNE ON THE POTOMAC | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| QUEST DIAGNOSTICS, INC. | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SOUTHERN POLYTECH STATE | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROUNDUP FUNDING, LLC | 014 | Unsecured | 375.73 | 0.00 | 0.00 | 375.73 |
| MICHELLE NAOMI CAMPBELL-T | 999 | Refund | 350.00 | 350.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 22,946.84 | 9,908.50 | 881.95 | 0.00 | 350.00 | 34,087.29 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| NATHAN FISHER, ESQ. | 3,000.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

/s/ Gerald M. O'Donnell

Gerald M. O'Donnell